FILED

11/26/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 24-0679

# IN THE SUPREME COURT OF THE STATE OF MONTANA

## CAUSE NO. 24-0679

ROLLER CONSTRUCTION, INC.,                )
                                          )
            Plaintiff and Appellant,      )
                                          )
      v.                                  )      **ORDER**
                                          )
VAUGHN CONCRETE AND                       )
CONSTRUCTION, LLC, WAYNE G.               )
MEYER, and GALLATIN AIRPORT               )
AUTHORITY,                                )
                                          )
            Defendants and Appellees.     )

Pursuant to Appellant's Unopposed Motion to Dismiss, and good cause appearing,

IT IS HEREBY ORDERED that this matter is DISMISSED WITH PREJUDICE.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
November 26 2024